NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1151 C/W 03-1150

DARRELL SUIRE

VERSUS

LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20012209,
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Chief Judge Ulysses G. Thibodeaux and Judges Jimmie C. Peters and Billy Howard Ezell.

**AFFIRMED IN PART, REVERSED IN PART, RENDERED IN PART, AND REMANDED.**

Hal J. Broussard
Ped C. Kay, III
J. Daniel Rayburn
Broussard & Kay
P. O. Drawer 3308
Lafayette, LA 70502
(337) 232-1666
Counsel for Plaintiff—Appellant/Appellee:
        Darrell Suire

Ward Lafleur
Kay A. Theunissen
Mahtook & Lafleur

**P. O. Box 3089**
**Lafayette, LA  70502**
**(337) 266-2189**
**Counsel for Defendant—Appellant/Appellee:**
        **Boh Brothers Construction Co., L.L.C.**

**Richard D. Chappuis, Jr.**
**Voorhies & Labbé**
**P. O. Box 3527**
**Lafayette, LA  70502**
**(337) 232-9700**
**Counsel for Defendant—Appellee:**
        **Dubroc Engineering, Inc.**

**Kenny L. Oliver**
**Oliver & Way, L.L.C.**
**P. O. Box 80655**
**Lafayette, LA  70598-0655**
**(337) 235-2112**
**Counsel for Defendants—Appellees:**
        **Lafayette City-Parish Consolidated Government**
        **Dubroc Engineering, Inc.**

**Robert I. Siegel**
**Charles E. Riley, IV**
**Hoffman, Siegel, Seydel, Bienvenu & Centola**
**650 Poydras St., Suite 2100**
**New Orleans, LA  70130-6121**
**(504) 523-1385**
**Counsel for Defendants—Appellants/Appellees:**
        **National Union Fire Insurance Company of Pittsburgh, Pa.**
        **National Union Fire Insurance Company of Louisiana**